# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>BRYAN HERNANDEZ-RENDON<br>*Defendant* | )<br>)<br>) Case No. 3:25-cr-156-MOC<br>)<br>) |

FILED
Charlotte
Jun 25 2025
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRYAN HERNANDEZ-RENDON,

who is accused of an offense or violation based on the following document filed with the court:
☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a)

Date: 6/18/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 6-18-2025, and the person was arrested on *(date)* 6-23-2025
at *(city and state)* Charlotte, NC.

Date: 6-23-2025

*Arresting officer's signature*

Kyle Wear  DO/FCA
*Printed name and title*

Case 3:25-cr-00156-MOC-SCR   Document 2   Filed 06/18/25   Page 1 of 1
Case 3:25-cr-00156-MOC-SCR   Document 10   Filed 06/25/25   Page 1 of 1